**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
*Dallas Division*

Ralph S. Janvey, Receiver
Plaintiff
v.
Ronald Wieselberg, Et Al.
Defendant

3:10-cv-1394
Civil Action No.

**CERTIFICATE OF INTERESTED PERSONS**
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(3)(D), and LR 81.2,

Ralph S. Janvey

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***

Securities & Exchange Commission, Stanford International Bank, Ltd., Stanford Group Co., Stanford Capital Management, LLC, R. Allen Stanford, Laura Pendergest-Holt, James M. Davis, see Appendix to Complaint for list of additional interested parties

| | |
|---|---|
| Date: | 07/16/2010 |
| Signature: | /s/ Kevin M. Sadler |
| Print Name: | Kevin M. Sadler |
| Bar Number: | 17512450 |
| Address: | 98 San Jacinto Blvd., Suite 1500 |
| City, State, Zip: | Austin, Texas 78701 |
| Telephone: | 512.322.2500 |
| Fax: | 512.322.8332 |
| E-Mail: | kevin.sadler@bakerbotts.com |


**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons