IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:10-CV-1394-N |
| | § | |
| RONALD WIESELBERG, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

This Order addresses the Findings, Conclusions, and Recommendations of the United States Magistrate Judge [doc. 49].  After conducting a review of the pleadings, files, and records in this case in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings, Conclusions, and Recommendations of the Magistrate Judge are correct, and they are hereby adopted as the determinations of the Court.  The Court therefore denies Defendants Ronald Wieselberg, Monica A. Cespedes, Elsie H. Lecusay, and Ricardo Cobiella's motion to dismiss and to strike [23].

Signed June 25, 2014.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE