IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:10-CV-1394-N |
| | § | |
| RONALD WIESELBERG, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

This Order addresses the Findings, Conclusions, and Recommendations of the United States Magistrate Judge [doc. 50]. After conducting a review of the pleadings, files, and records in this case in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings, Conclusions, and Recommendations of the Magistrate Judge are correct, and they are hereby adopted as the determinations of the Court.[1]  The Court therefore grants the Receiver's motions to dismiss, and dismisses Defendants Thomas L. Gourlay and Cineyris J. Davila's counterclaims [docs. 13, 16] without prejudice.

Signed July 22, 2014.

David C. Godbey
United States District Judge

---

[1] The Court notes one factual clarification: the Court has established a claims procedure in this receivership. *See* Order, May 4, 2012 [1584], *SEC v. Stanford Int'l Bank*, No. 3:09-CV-0298-N.

ORDER – PAGE 1