IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

RALPH S. JANVEY, IN HIS CAPACITY
AS COURT-APPOINTED RECEIVER FOR
THE STANFORD INTERNATIONAL BANK,
LTD., ET AL,

    Plaintiff,                                Case No. 3:10-cv-1394

v.

RONALD WIESELBERG, ET AL.,

    Defendants.

_____/

**MOTION TO WITHDRAW AS COUNSEL
FOR DEFENDANT RONALD WIESELBERG**

The Law Offices of Campbell and Malafy, attorneys for Defendant Ronald Wieselberg, moves this Court for permission to withdraw as counsel for Defendant Ronald Wieselberg in the above-styled action on the following grounds:

1. Defendant Ronald Wieselberg has notified the Law Offices of Campbell and Malafy that he no longer wishes to be represented by the Law Offices of Campbell and Malafy in the present action.

2. The Law Offices of Campbell and Malafy has provided reasonable notice to Defendant Ronald Wieselberg that it will seek permission to withdraw as his counsel in this action.

3. No prejudice will result to any party in this action.

4. Counsel has attempted to confer with counsel for Plaintiff by e-mailing a copy of this motion for review on July 25, 2014 but has not had a reply from counsel for Plaintiff.

5. This motion is not filed for the purpose of delay.

6. The last known mail address of Defendant is 12000 N. Bayshore Dr. apt. 412 – North Miami, FL 33181. Mr. Wieselberg's e-mail address is [Ronald@wieselberg.net](mailto:Ronald@wieselberg.net). Mr. Wieselberg's telephone number will be provided to Receiver's counsel to facilitate communications.

7. To ensure that the rights of Defendant Ronald Wieselberg's rights continue to be protected, counsel requests that Defendant Ronald Wieselberg be granted such reasonable time as the Court may deem proper to retain successor counsel.

WHEREFORE, the Law Offices of Campbell and Malafy respectfully request that this Court grant this Motion to Withdraw as Counsel for Defendant Ronald Wieselberg.

Respectfully submitted this 28th day of July, 2014.

                               s/ Jose F. Torres
                               _____
                               Jose F. Torres
                               Florida Bar No. 148067
                               CAMPBELL & MALAFY
                               1000 Ponce de Leon Blvd., Ste. 205

        Coral Gables, Florida 33134
        (305) 447-8580
        torreslaw@mac.com

        s/ John Campbell
        _____
        John Campbell
        Florida Bar No. 443972
        CAMPBELL & MALAFY
        1000 Ponce de Leon Blvd., Ste. 205
        Coral Gables, Florida 33134
        (305) 447-8580
        campbelllaw@mac.com

CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on the 28th day of July, 2014, a true and correct copy of the above and foregoing was served via CM/ECF on:

Kevin M. Sadler
BAKER BOTTS LLP
1500 San Jacinto Center
98 San Jacinto Boulevard
Austin, Texas 78701
Kevin.sadler@bakerbotts.com

Robert I. Howell
BAKER BOTTS LLP
1500 San Jacinto Center
98 San Jacinto Boulevard
Austin, Texas 78701
Robert.howell@bakerbotts.com

David T. Arlington
BAKER BOTTS LLP
1500 San Jacinto Center
98 San Jacinto Boulevard
Austin, Texas 78701
David.arlington@bakerbotts.com

Timothy S. Durst

BAKER BOTTS LLP
2001 Ross Avenue
Dallas, Texas 75201
Tim.durst@bakerbotts.com

COUNSEL FOR PLAINTIFF

And

Ronald Wieselberg
12000 N. Bayshore Drive
Apt.412
North Miami, Florida
Ronald@wieselberg.net

via e-mail

s/ Jose F. Torres
_____
Jose F. Torres
Florida Bar No. 148067
CAMPBELL & MALAFY
1000 Ponce de Leon Blvd., Ste. 205
Coral Gables, Florida 33134
(305) 447-8580
torreslaw@mac.com

s/ John Campbell
_____
John Campbell
Florida Bar No. 443972
CAMPBELL & MALAFY
1000 Ponce de Leon Blvd., Ste. 205
Coral Gables, Florida 33134
(305) 447-8580
campbelllaw@mac.com

4