IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL.,<br><br>Plaintiff,<br><br>v.<br><br>RONALD WIESELBERG, ET AL.<br><br>Defendants. | §<br>§<br>§<br>§<br>§   Case No. 03:10-CV-1394-N-BG<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

### RECEIVER'S RESPONSE AND OBJECTIONS TO MOTIONS TO WITHDRAW AS COUNSEL FOR DEFENDANTS RICARDO COBIELLA AND RONALD WIESELBERG

Receiver Ralph S. Janvey hereby files his Response and Objections to Motions to Withdraw as Counsel for Defendants Ricardo Cobiella and Ronald Wieselberg [*see* Docs. 65, 66 (collectively, the "Motions to Withdraw")], respectfully stating as follows:

John Campbell and Jose F. Torres of the Law Offices of Campbell & Malafy ("Movant Counsel") are currently the attorneys of record for defendants Ricardo Cobiella and Ronald Wieselberg. On July 28th, Movant Counsel filed their Motions to Withdraw. On August 11th, counsel for the Receiver contacted Movant Counsel to discuss certain deficiencies with respect to the Motions to Withdraw. In particular, Movant Counsel were informed that the Motions to Withdraw do not contain their clients' phone numbers and do not contain either client signatures approving their withdrawal or an explanation of why the signatures are absent. *See* Local Rule 83.12(a) ("If the succeeding attorney is not known, the motion must set forth the name, address, and telephone number of the client and either bear the client's signature

approving withdrawal or state specifically why, after due diligence, the attorney was unable to obtain the client's signature.").

Counsel for the Receiver requested Movant Counsel to correct the Motions to Withdraw so that the Receiver could avoid filing an objection to the Motions. Although Movant Counsel agreed to do so, to date the Motions to Withdraw have not been corrected. As a result, the Receiver objects to the Motions to Withdraw because they do not confirm to this Court's Local Rules. The Receiver, therefore, requests that the Court deny the Motions to Withdraw and require Movant Counsel to provide the missing information.

Dated:  August 18, 2014　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**BAKER BOTTS L.L.P.**

　　　　　　　　　　　　　　　　　　By: */s/ Kevin M. Sadler*
　　　　　　　　　　　　　　　　　　　　Kevin M. Sadler
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 17512450
　　　　　　　　　　　　　　　　　　　　kevin.sadler@bakerbotts.com
　　　　　　　　　　　　　　　　　　　　Scott D. Powers
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24027746
　　　　　　　　　　　　　　　　　　　　scott.powers@bakerbotts.com
　　　　　　　　　　　　　　　　　　　　David T. Arlington
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 00790238
　　　　　　　　　　　　　　　　　　　　david.arlington@bakerbotts.com
　　　　　　　　　　　　　　　　　　　　98 San Jacinto Blvd., Suite 1500
　　　　　　　　　　　　　　　　　　　　Austin, Texas 78701-4039
　　　　　　　　　　　　　　　　　　　　512.322.2500
　　　　　　　　　　　　　　　　　　　　512.322.2501 (Facsimile)

　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR**
　　　　　　　　　　　　　　　　　　**RECEIVER RALPH S. JANVEY**

## CERTIFICATE OF SERVICE

On August 18, 2014, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court.  I hereby certify that I will serve all parties and counsel of record electronically or by other means authorized by the Court or the Federal Rules of Civil Procedure.

                                           */s/ Kevin M. Sadler*
                                           Kevin M. Sadler