IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL., | § § § § § | |
| Plaintiff, | § § | Case No. 3:10-CV-1394-N-BG |
| v. | § § | |
| RONALD WIESELBERG, ET AL., | § § § | |
| Defendants. | § | |

**RECEIVER'S NOTICE TO THE COURT REGARDING FULL BRIEFING OF RECEIVER'S MOTION FOR ENTRY OF FINAL JUDGMENT AGAINST RONALD WIESELBERG, MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST GLADYS A. (ADRIANA) ESCOBAR, AND MOTION TO SEVER AND CONSOLIDATE RECEIVER'S CLAIMS AGAINST RICARDO COBIELLA**

The Receiver's Motion for Entry of Final Judgment Against Ronald Wieselberg, [Doc. 116], Motion for Entry of Default Judgment Against Gladys A. (Adriana) Escobar, [Docs. 117, 117-1], and Motion to Sever and Consolidate Receiver's Claims Against Ricardo Cobiella [Doc. 118], (the "Motions") were filed on December 21, 2015. The response deadline for each of the Motions has passed, and no objections or responses to the Motions have been filed. The Motions are therefore now fully briefed. Accordingly, the Receiver respectfully asks the Court to grant (1) the proposed Order Granting Receiver's Motion for Entry of Final Judgment Against Ronald Wieselberg, (2) the proposed Order Granting Receiver's Motion for Entry of Default Judgment Against Gladys A. (Adriana) Escobar, and (3) the proposed Order Granting Receiver's Motion to Sever and Consolidate Receiver's Claims Against Ricardo Cobiella.

Dated:  January 12, 2016

Respectfully submitted,

**BAKER BOTTS L.L.P.**

By: */s/ Kevin M. Sadler*
    Kevin M. Sadler
    Texas Bar No. 17512450
    kevin.sadler@bakerbotts.com
    Scott D. Powers
    Texas Bar No. 24027746
    scott.powers@bakerbotts.com
    David T. Arlington
    Texas Bar No. 00790238
    david.arlington@bakerbotts.com
    98 San Jacinto Blvd., Suite 1500
    Austin, Texas 78701-4039
    (512) 322-2500
    (512) 322-2501 (Facsimile)

**ATTORNEYS FOR RECEIVER RALPH S. JANVEY**

## CERTIFICATE OF SERVICE

On January 12, 2016, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I will serve the following counsel or pro se parties of record electronically or by other means authorized by the Court or the Federal Rules of Civil Procedure:

Ronald Wieselberg
12000 N. Bayshore Drive, Apt.412
North Miami, Florida 33181
*pro se*

                                                             */s/ Kevin M. Sadler*
                                                             Kevin M. Sadler